

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: 12/29/2014

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Los Angeles County Superior Court
Central Division
111 N. Hill Street
Civil Filing Unit - Room 103
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Re:   Case Number: 2:14-cv-08761-JFW (JCx)

Previously Superior Court Case No. BC559767

Case Name: Clark Carr v. National Association of Forensic Counselors, Inc. et al

Dear Sir / Madam:
    Pursuant to this Court's ORDER OF REMAND issued on _____12/29/2014_____, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
    Deputy Clerk

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Date: 12/31/14

Clerk, Superior Court
By: _____
    Deputy Clerk

CV - 103 (09/08)         LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)